UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JOAN YOUNG | ) |
| | ) |
| | ) NO. 1:11-0105 |
| v. | ) JUDGE SHARP |
| | ) |
| PATRICK R. DONAHOE | ) |
| | ) |

## **O R D E R**

On August 30, 2012, the Court stayed this case pending a decision by the U.S. Court of Appeals (Docket Entry No. 97). On October 17, 2012, the U. S. Court of Appeals entered order denying the petition for a writ of mandamus. As a result, the stay is lifted and the case is returned to the Magistrate Judge for further case management.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE