UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JOAN M. YOUNG, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | NO. 1:11-0105 |
| ) | Judge Sharp/Bryant |
| PATRICK R. DONAHOE, Postmaster ) | **Jury Demand** |
| General, United States Postal ) | |
| Service, ) | |
| ) | |
| Defendant ) | |

### O R D E R

Plaintiff has filed her Motion for Telephonic Status Conference (Docket Entry 138). This motion is **GRANTED**.

A case management conference by telephone is set for **Friday, July 12, 2013, at 9:30 a.m. The parties shall call 615-695-2857 to participate in this call**.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge