UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JOAN M. YOUNG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:11-0105 |
| | ) Judge Sharp |
| PATRICK R. DONAHOE, Postmaster | ) |
| General, United States Postal Service, | ) |
| | ) |
| Defendant. | ) |

# ORDER

For the reasons set forth in the accompanying Memorandum, the Court rules as follows:

(1) Plaintiff's "Motion to Object to Recent Orders From the Court and Subsequent Motion for Reconsideration" (Docket No. 114) is hereby DENIED;

(2) Plaintiff's "Motion to Object to Recent Orders From the Court (at Docket Nos. 117 and 119) and Subsequent Motion for Reconsideration" (Docket No. 122) is hereby DENIED;

(3) Plaintiff's "Motion for Final Decision" (Docket No. 123) is hereby DENIED;

(4) Defendant's "Motion to Dismiss" (Docket No. 125) is hereby DENIED;

(5) The Report and Recommendation (Docket No. 141) is hereby ACCEPTED and APPROVED; and

(6) The parties' Objections to the Report and Recommendation (Docket Nos. 151 and 152) are hereby OVERRULED.

This case is returned to Magistrate Judge Bryant for further pretrial case management.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE